**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WESLEY CAUDILLO**                                                                **PLAINTIFF**

**v.**                                          **Case No. 4:22-cv-00008-KGB**

**MARK GOBER,** *et al.*                                                           **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 3).  No party has filed objections to the Recommended Disposition, and the time to file objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects.  Plaintiff Wesley Caudillo's complaint is dismissed without prejudice due to lack of prosecution (Dkt. No. 1).  Judgment will be entered accordingly.  The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 3rd day of February, 2025.

Kristine G. Baker
Chief United States District Judge